**Order entered December 13, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01024-CV

**MICHELLE KIM, Appellant**

**V.**

**KUM SUN HENDRICKSON, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-06-02872**

## ORDER

We **GRANT** the motion of Melba Wright, Official Court Reporter for the 191st Judicial Court of Dallas County, for an extension of time to file the reporter's record. The reporter's record shall be filed on or before January 6, 2014.

/s/     DAVID LEWIS
           JUSTICE